IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CR095-TMR |
| Plaintiff | : | |
| v. | : | ORDER |
| EARL CLARK, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - -

Good cause having been shown, it is hereby **ORDERED** that the Department of Commerce, Fire and Explosion Investigative Bureau be permitted to destroy the evidence specified in the Motion attached hereto.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE